NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

SHARON L. CULBERTSON,                    )
                                         )
        Appellant,                       )
                                         )
v.                                       )        Case No. 2D17-4641
                                         )
CHRISTIANA TRUST, A DIVISION OF          )
WILMINGTON SAVINGS FUND                  )
SOCIETY, FSB, NOT IN ITS                 )
INDIVIDUAL CAPACITY, BUT SOLELY          )
AS OWNER TRUSTEE ON BEHALF               )
OF RBSHD 2013-1 TRUST; JAMES             )
S. CULBERTSON; ATLANTIC CREDIT           )
& FINANCE, INC., AS ASSIGNEE OF          )
HSBC CARD SERVICES,                      )
                                         )
        Appellees.                       )
_____)

Opinion filed July 3, 2019.

Appeal from the Circuit Court for
Hillsborough County; Perry A. Little, Senior
Judge.

David D. Sharpe of The Law Office of Dario
Diaz, P.A., Tampa, for Appellant.

Eddy Leal of Eddy Leal, P.A., Miami, for
Appellee Christiana Trust, a Division of
Wilmington Savings Fund Society, FSB, not
in its individual capacity, but solely as
owner trustee on behalf of RBSHD 2013-1
Trust.

No appearance for remaining Appellees.

PER CURIAM.

Affirmed.

KHOUZAM, C.J., and LUCAS and ROTHSTEIN-YOUAKIM, JJ., Concur.